UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CT POLYMERS, LLC** | ) | **CASE NO. 3:24cv00158** |
| | ) | |
| | ) | Judge Walter H. Rice |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AGREED ORDER OF** |
| | ) | **DISMISSAL** |
| | ) | |
| **MARK & JANET ZELNICK** | ) | |
| | ) | |
| Defendants. | ) | |

With the Court retaining jurisdiction for the limited purpose of enforcing settlement, Plaintiff CT Polymers, LLC ("CT Polymers") and Defendants, Mark and Janet Zelnick (referred collectively as the "Zelnicks"), have settled this matter by agreement and move the Court to dismiss CT Polymers claims against the Zelnicks and the Zelnicks counterclaims against CT Polymers in this case, and the Court being otherwise sufficiently advised,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that all claims which were or could have been asserted by CT Polymers against the Zelnicks in this action be and are hereby dismissed with prejudice.

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that all claims which were or could have been asserted by the Zelnicks against CT Polymers in this action be and are hereby dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

This is a final and appealable order, there being no just reason for delay.

```
   1/16/2025                                    [signature]
   Date                                         Judge Walter H. Rice
```

**Have Seen and Agree:**

/s/Bradley J. Steffen                          /s/Michael J. Scarpelli (with consent 1/10/2025)
Mark G. Arnzen, Jr. (0081394)                  Michael J. Scarpelli (0093662)
Bradley J. Steffen (0093450)                   Faulkner, Garmhausen, Keister & Shenk
DINSMORE & SHOHL LLP                           A Legal Professional Association
255 East Fifth Street, Suite 1900              Courtview Center – Suite 300
Cincinnati, Ohio 45202                         100 S. Main Ave.
Phone: (513) 977-8200                          Sidney, Ohio 45365
Fax: (513) 977-8141                            Phone: (937) 492-1271
Email: mark.arnzen@dinsmore.com                Fax: (937) 498-1306
       bradley.steffen@dinsmore.com            Email: mscarpelli@fgks-law.com

**Attorneys for CT Polymers, LLC**             **Attorney for Mark & Janet Zelnick**